

Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

U. S. District Court
Western District
601 W. Broadway
106 Gene Snyder U. S. Courthouse
Louisville, KY 40202

FROM:     SUMMONS DIVISION
             SECRETARY OF STATE

RE:       CASE NO: 3:17-CV-489-JHM

DEFENDANT: **FIFTH THIRD BANK**

DATE:     August 28, 2017

USPS Certified Mail ID: 71922677001002421809

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

August 22, 2017

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

August 22, 2017

The US Postal Service has provided a scanned image of the return receipt confirming receipt of summons. The image is provided to the right of this page.

Kentucky Secretary of State's Office      Summons Division      8/28/2017

---

**POSTAL SERVICE**

Date Produced: 08/28/2017

KENTUCKY SECRETARY OF STATES OFFICE - COMMONWEALTH:

The following is the delivery information for Certified Mail™ item number 7192 2677 0010 0242 1809. Our records indicate that this item was delivered on 08/24/2017 at 10:50 a.m. in CINCINNATI, OH 45202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

**FILED**
VANESSA L. ARMSTRONG, CLERK

AUG 3 1 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY