# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| DAVID MALAGESE and<br>GABRIELLE CHAPPELL, *et al.* | : <br> : <br> : | Case No. 3:17-cv-00489-GNS-RSE <br><br> Judge Gregory N. Stivers |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| | : | |
| FIFTH THIRD BANK, | : | |
| | : | |
| Defendant. | : | |

This matter is before the Court upon Defendant Fifth Third Bank's ("Fifth Third") Unopposed Motion for an Extension to Time to File a Response to Plaintiffs, David Malagese and Gabrielle Chappell's ("Plaintiffs") Motion to Compel Discovery. The Court having reviewed the Motion, the Motion indicating Plaintiffs' counsel consents to the extension, and being otherwise sufficiently advised, **IT IS ORDERED THAT:**

(1) Fifth Third's Unopposed Motion for an Extension of Time to File a Response to Plaintiffs' Motion to Compel Discovery is **GRANTED**;

(2) Fifth Third is granted an extension of time up to and including **Thursday, November 7, 2019**, in which to file a response to Plaintiffs' Motion to Compel Discovery [D.E. 63]; and

(3) Plaintiffs' deadline to file a reply in further support of their Motion to Compel Discovery is extended up to and including **Thursday, November 21, 2019**.